JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| NOAH TANSKI JETT, | Case No.: 2:23-cv-07797-MWF(KSx) |
| Plaintiff, | **ORDER** |
| vs. | |
| EQUIFAX INFORMATION SERVICES LLC et. al., | |
| Defendants. | |

Pursuant to the stipulation of the Parties, Equifax Information Services LLC is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: January 17, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge

1
[PROPOSED] ORDER